[No. 24911-5-III. Division Three. June 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND L. NELSON III, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02322-1, Harold D. Clarke III, J., entered January 30, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 24926-3-III. Division Three. June 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MANDI S. RATLIFF, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 05-1-00029-2, Philip W. Borst, J., entered January 31, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J. Now published at 140 Wn. App. 12.

[No. 25091-1-III. Division Three. June 14, 2007.]

*In the Matter of* BEVERLY Y. GERRARD, *Respondent*, and ANTHONY SCRUGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03694-6, Tari S. Eitzen, J., entered March 16, 2006. *Reversed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 55563-4-I. Division One. June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JENSON HUGH HANKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01918-1, Anita L. Farris, J., entered December 20, 2004. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.